**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 33  

**IP Address:** 69.119.155.184  
**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 09/13/2018 04:15:11 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 05/04/2018 01:46:46 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0430F254E5EEA53B1AB07F2DA6E891E6B73C1D60 | Blacked | 08/30/2018 01:41:00 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 4 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 08/05/2018 04:06:26 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 5 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 01/30/2018 04:32:16 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 6 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/12/2018 03:30:31 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 7 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 12/27/2017 15:34:47 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 8 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 05/01/2018 06:10:21 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 9 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 05/01/2018 01:19:54 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 10 | 35824768BF7B365F1CA830E078527B52C12DC631 | Tushy | 09/05/2018 00:07:42 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 11 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/15/2017 02:46:54 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 12 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 08/05/2018 03:59:46 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 13 | 4AD50A8F8ADCFF8C7D20BC5E06C3639FB3032212 | Vixen | 08/08/2018 01:33:38 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 14 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 05/04/2018 01:42:48 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 15 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/27/2018 19:45:44 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 16 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 01/12/2018 03:43:21 | 12/15/2017 | 01/24/2018 | PA0002101764 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | Tushy | 09/13/2018 04:15:15 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 18 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 10/09/2018 04:56:50 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 19 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/12/2018 03:56:28 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 20 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 01/12/2018 03:54:19 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 21 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 05/01/2018 01:19:28 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 22 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 09/05/2018 00:12:32 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 23 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/27/2017 17:54:30 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 24 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 05/01/2018 01:20:04 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 25 | 9FBD8AB62AFA8BDE0194F6289D7423CDFA989E4E | Vixen | 08/08/2018 01:34:57 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 26 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 08/27/2018 22:03:11 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 27 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 01/30/2018 04:23:56 | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 28 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 08/06/2018 00:14:23 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 29 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 01/30/2018 04:26:38 | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 30 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 09/05/2018 02:35:56 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 31 | ECEC874C21239A30F35D90C14D825619A4E8486A | Blacked Raw | 09/05/2018 00:03:22 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 32 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/05/2018 03:55:15 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 33 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 08/27/2018 20:03:45 | 07/21/2018 | 09/01/2018 | PA0002119592 |