**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------X
                                              :
STRIKE 3 HOLDINGS, LLC,                       :
                                              :        Case No. 1:18-cv-06931-ENV-PK
                          Plaintiff,          :
                                              :
            vs.                               :
                                              :
JOHN DOE subscriber assigned IP address       :
69.119.155.184,                               :
                                              :
                          Defendant.          :
---------------------------------------------------------------X
```

### PLAINTIFF'S VOLUNTARY DISMISSAL
### <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 69.119.155.184, are voluntarily dismissed with prejudice.


Dated: June 1, 2019                     Respectfully submitted,

                                        THE ATKIN FIRM, LLC
                                        By:  /s/ John C. Atkin
                                        John C. Atkin, Esq.
                                        400 Rella Blvd., Ste. 165
                                        Suffern, NY 10901
                                        Tel: (973) 285-3239
                                        Fax: (833) 693-1201
                                        JAtkin@atkinfirm.com
                                        *Attorneys for Plaintiff*