UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

STRIKE 3 HOLDINGS, LLC,

                     Plaintiff,

            vs.

JOHN DOE subscriber assigned IP address
69.119.155.184,

                     Defendant.

----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 04 2019 ★

BROOKLYN OFFICE

Case No. 1:18-cv-06931-ENV-PK

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 69.119.155.184, are voluntarily dismissed with prejudice.

Dated: June 1, 2019

Respectfully submitted,

THE ATKIN FIRM, LLC
By: /s/ John C. Atkin
John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 6/3/2019

/S/ USDJ ERIC N. VITALIANO

Eric N. Vitaliano
United States District Judge

1